JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND; TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE; TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; CONTRACT COMPLIANCE FUND and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>      Plaintiffs,<br><br>  vs.<br><br>C I E INC., a California corporation also doing business as "Cayson Industrial Electric, Inc."; MICHAEL ROBERT CAYSON, an individual doing business as "C I E" and "Cayson Industrial Electric,"<br><br>      Defendants. | Case No. CV 12-09070 JFW(AGRx)<br><br>Assigned to the Honorable John F. Walter<br><br>**JUDGMENT** |

///

///

///

Upon application by plaintiffs herein for a default judgment pursuant to Fed. R. Civ. P. 55(b), and it appearing to the Court that the default of defendant C I E Inc., a California corporation also doing business as "Cayson Industrial Electric, Inc." was entered on January 4, 2013 in the office of the Clerk of this Court, that the default of defendant Michael Robert Cayson, an individual doing business as "C I E" and "Cayson Industrial Electric" was entered on March 8, 2013 in the office of the Clerk of this Court, that no proceedings have been taken by either defendant since default was entered, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Contract Compliance Fund and Los Angeles Electrical Workers Credit Union, shall recover from shall recover from defendants C I E Inc., a California corporation also doing business as "Cayson Industrial Electric, Inc." and Michael Robert Cayson, an individual doing business as "C I E" and "Cayson Industrial Electric," jointly and severally, the principal amount of $27,507.15, plus attorneys' fees of $14,557.50, costs of suit of $1,005.27 and post-judgment interest as provided by law.

Date: April 24, 2013

_____
UNITED STATES DISTRICT JUDGE